IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:20-CR-072-H |
| ALEX SMITH | |

## INFORMATION

The United States Attorney Charges:

Count One
Bribery of a Public Official
(Violation of 18 U.S.C. § 201(c)(1)(B))

From in or about October 2019, and continuing to on or about January 15, 2020, in the Abilene Division of the Northern District of Texas, and elsewhere, in a matter within the jurisdiction of an agency of the United States, the United States Department of Justice, defendant **Alex Smith (Smith)**, being a public official, that is, the Food Service Officer, at the Big Spring Correctional Center (BSCC), located in Big Spring, Texas, a correctional facility under contract with a Federal Agency, the Federal Bureau of Prisons (FBOP), and operated by the GEO Group, Inc., in which persons are held in custody by direction of and pursuant to the contract with the FBOP, United States Department of Justice, did knowingly, otherwise than as provided by law for the proper discharge of official duty, directly and indirectly, demand, seek, receive, accept, and agree to receive and accept anything of value personally for and because of any official act performed and

**Alex Smith**
**Information -- Page 1**

to be performed by him, that is, bringing contraband in the form of cell phones to RAV, an inmate at the BSCC, in exchange for money.

In violation of Title 18, United States Code, Section 201(c)(1)(B) and Title 18, United States Code Section 2.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
Email:        paulina.jacobo@usdoj.gov